### 8087. HUNTER *v.* TEASLEY.

WADE, C. J. 1. The court did not err in excluding testimony offered to show that the note sued upon was obtained by fraud, since this testimony did not connect or tend to connect the holder of the note with the alleged fraud. The proof offered as to circumstances attending the execution of the note did not tend to throw light on the question as to whether the holder knew at the time he acquired the note that it was without consideration. *Roberson* v. *First National Bank,* 18 *Ga. App.* 171 (88 S. E. 991), and citations.

2. There was no error in directing a verdict in favor of the plaintiff.

*Judgment affirmed. George and Luke, JJ., concur.*

Complaint; from Forsyth superior court—Judge H. C. Hammond presiding. October 18, 1915.

*George F. Gober, W. I. Heyward,* for plaintiff in error.

*J. P. Brooke,* contra.

---

### 8096. LACEWELL *v.* EASTERN TENNESSEE POWER CO.

GEORGE, J. Under the undisputed evidence in this case the verdict for the defendant was demanded; accordingly the court did not err in directing a verdict.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED FEBRUARY 16, 1917.

Action for damages; from Whitfield superior court—Judge Fite. October 22, 1915.

*William E. Mann, J. A. Longley,* for plaintiff.

*Maddox, McCamy & Shumate,* for defendant.